IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR378 |
| | ) | |
| Plaintiff, | ) | |
| | ) | OBJECTIONS TO |
| vs. | ) | REVISED PSR |
| | ) | |
| JOSE TOMAS LOPEZ-RENDON, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant by and through his attorney and makes the following objections to the revised PSR in this matter:

1. Objects to the conclusions set forth in Paragraph 56 that the Defendant should be assessed three criminal history points based upon an alleged conviction

2. Objects to the conclusions set forth in Paragraph 57 that the Defendant should be assessed two criminal history points based upon an alleged conviction.

3. Objections to the conclusion set forth in Paragraph 58 that the Defendant should be assessed two criminal history points based upon an alleged conviction.

4. Objects to the conclusions set forth in Paragraph 59 that the Defendant should be assessed seven criminal history points based on prior alleged convictions.

5. Objects to the conclusions set forth in Paragraph 60 that the Defendant was on probation for purposes of the sentencing guidelines and should therefore be assessed an additional two points toward his criminal history.

6. Objects to the conclusions set forth in Paragraph 61 that the Defendant committed the instant offense less than two years after release from imprisonment.

7. Objects to the conclusions set forth in Paragraph 94 that his guideline imprisonment range is 262 – 327 months.

8. Objects to the statement in Paragraph 118 that there are no identified factors to be considered under 18 U.S.C. 3553(a) that may warrant imposition of a non-guideline sentence.

JOSE TOMAS LOPEZ-RENDON
Defendant

s/James J. Regan
James J. Regan #15743
710 Exchange Building
1905 Harney Street
Omaha, NE 68102
(402) 341-2020
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to John E. Higgins, Assistant United States Attorney.

s/James J. Regan
James J. Regan #15743
710 Exchange Building
1905 Harney Street
Omaha, NE 68102
(402) 341-2020
Attorney for Defendant