IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR378 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE TOMAS LOPEZ-RENDON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend his deadline for filing a motion under 28 U.S.C. § 2255 (Filing No. 57).

The Court does not have authority to extend the deadline, which in this case is July 6, 2011.[1]  The prisoner mailbox rule applies.  If the Defendant files a § 2255 motion after the deadline, the Court will consider whether the motion is timely under the equitable tolling doctrine.

IT IS ORDERED:

1. The Defendant's motion to extend the deadline for filing a § 2255 motion (Filing No. 57) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 9th day of May, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] July 6, 2010, is the date the Defendant's conviction became final for purposes of filing a § 2255 motion.