United States District Court
Omaha Nebraska
8:09 CR 378-001

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
DEC - 2 2011
OFFICE OF THE CLERK

United States of America,
        Plaintiff,

VS.

Jose Tomas Lopes-Rendon,
        Defendant.

PRO-NON-TUNK

NOTICE OF APPEAL
de - NOVO - Review

Comes Now, Jose Tomas Lopes-Rendon "Pro Se," Who Files This Pro-Non-Tunk Notice Of Appeal, For de-Novo-Review, by The United States Court of Appeals 2413 State Capital 1445 K Street P.O. Box 98910 Lincoln, N.E. 68509, of The Following:

(1) Whether or not Defendant, Jose Tomas Lopes-Rendon, Knowingly entered into a Plea Agreement, Thereby Waiving Certain rights.

(2) Whether or not Defendant, Jose Tomas Lopes-Rendon was Prejudice by entering into a Binding Plea Agreement on 3/23/10 before Judge Laurie S. Camp;

That were continued until June 4, 2010, the exact day, defendant Jose Jamas Lopes-Rendon was sentenced.

(3) Whether or not Attorney, for defendant James J. Regan, provided effective assistant to his client, Jose Jamas Lopes-Rendon; USA vs. Rendon, 8:09-CR-378-001

(4) Whether or not defendant, Jose Jamas Lopes-Rendon, was prejudiced by the in-effective representation of James J. Regan, Atty.

(5) Whether or not defendant Jose Jamas Lopes-Rendon, knowingly or incompetently entered a Plea Agreement on June 4, 2010 as to Count I and III of his indictment in which he received 240 mos on Count I and 240 mos in Count III to run concurrently, with 8 years supervised release.

(6) Whether or not defendant Jose Jamas Lopes-Rendon competently understood his sentence was to be 240 mos on Count I and Count III each rather than 120 mos on Count I and 120 mos on Count III as instructed to him by James J. Regan, Attorney of Record.

2

(7) Whether or not the District Court erred in stripping the defendant of all rights to appeal and stage of the proceedings, including but not limited to

    (a) Prosecutorial misconduct;
    (b) Ineffective Assistant of Counsel

The defendant for good cause shown repeatedly, made every attempt possible to reach and direct Attorney, James J. Regan, to give this Court Notice of Appeal, in USA vs. Lopez-Rendon, only to realize attorney, Regan, simply failed or outright refused to respond, to Jose James Lopez-Rendon.

This 28 day of November, 2011

/s/ Jose Lopez Rendon
Jose James Lopez-Rendon
Reg. No: 68627-068
FCI Elkton
Post Office Box 10
Lisbon, Ohio 44432



RECEIVED

DEC - 2 2011

CLERK
U.S. DISTRICT COURT
OMAHA

United States District Court
Omaha Nebraska
8:09-CR-378-001

United States of America,
Plaintiff,

vs.                                    Certificate of Service

Jose Tomas Lopez-Rendon,
Defendant.

The Defendant, Jose Tomas Lopez Rendon certifies and or declares under the Pains and Penalties of Perjury, 28 § 1746, that a copy of the foregoing Notice of Appeal was served on the following:

(1) Office of the U.S. Attorneys
    John E. Higgins, A.U.S.A. - Omaha
    1620 Dodge Street
    Suite 1400
    Omaha, NE 68102-1506
    (402) 661-3700

This 28 day of Nov. 2011

/s/ Jose Lopez Rendon
Jose Tomas Lopez-Rendon
Reg. No: 68627-008
FCI Elkton
Post Office Box 10
Lisbon, Ohio 44432

-4-

NAME: Jose Lopez Rendon
REG # 68627-008
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
29 NOV 2011 PM 2 T

**RECEIVED**
DEC - 2 2011
CLERK
U.S. DISTRICT COURT
OMAHA

⇔68627-008⇔
Office Of Court Roman L Ruska
Clerk
1152 S 18TH PLZ
Omaha, NE 68102
United States

