IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR378** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| **JOSE TOMAS LOPEZ-RENDON,** | ) | |
| Defendant. | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Court has completed the initial review of Defendant Jose Tomas Lopez-Rendon's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 66);

2. Upon initial review, the § 2255 motion (Filing No. 66) is summarily dismissed; and

3. The Clerk is directed to mail a copy of this Judgment to Defendant at his last known address.

DATED this 15th day of January, 2013.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge