# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America <br> v. <br> Jose Tomas Lopez-Rendon | Case No: 8:09CR378 <br> USM No: 68627-008 |
| Date of Original Judgment: 06/18/2010 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | James J. Regan <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  240  months **is reduced to**  210 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/18/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/22/2016

*Judge's signature*

Effective Date:
*(if different from order date)*

Laurie Smith Camp, Chief U.S. District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jose Tomas Lopez-Rendon
CASE NUMBER: 8:09CR378
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 35           Amended Total Offense Level: 33
Criminal History Category: V              Criminal History Category: V
Previous Guideline Range: 262 to 327 months   Amended Guideline Range: 210 to 262 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

The Defendant's pro se Motion for Status (Filing No. 95) is granted; the Defendant's pro se Motion to Reduce Sentence - USSC Amendment (Filing No. 86) is granted; and the Defendant's pro se Motion for Reconsideration (Filing No. 91) is denied as moot. The Defendant's Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 93) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 94) is approved.